# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**SAMANTHA DOLEN-CARTWRIGHT,**
on behalf of real party in interest G.C. and
real party in interest C.C.

**CIVIL ACTION**

**VERSUS**

**NO. 21-527-JWD-RLB**

**DAVID ALEXANDER, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 24, 2022, (Doc. 30), to which an objection (Doc. 31) was filed and considered;

**IT IS ORDERED** that Plaintiff's Motion to Change Status from Pro Se to Sui Juris and Affidavit (Doc. 27) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss (Doc. 26) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss, Motion to Strike, and Motion for Attorney's Fees (Doc. 20) is **GRANTED IN PART and DENIED IN PART**, and that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** and Plaintiff's state claims are **DISMISED WITHOUT PREJUDICE**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 21, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**